No. 474. YOUNG *v.* HUGHES, DISTRICT JUDGE. Supreme Court of Oklahoma. Certiorari denied. *John G. Hervey* and *Glenn O. Young* for petitioner.

No. 476. VON OPEL *v.* BROWNELL, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Edward J. Ennis* for petitioner. *Solicitor General Rankin, Assistant Attorney General Townsend, George B. Searls* and *Myron C. Baum* for respondent.

No. 128, Misc. BOIDAKOWSKI *v.* GOODMAN, WARDEN, ET AL. Supreme Court of New Jersey. Certiorari denied.

No. 144, Misc. HORNE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Walter A. Harris* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 156, Misc. HILL, ADMINISTRATRIX, *v.* MISSISSIPPI VALLEY BARGE LINE Co. C. A. 3d Cir. Certiorari denied. *Louis C. Glasso* for petitioner.

No. 173, Misc. LONG *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.